1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

GEORGE F. PALIOTTO,

   Plaintiff,

  v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

   Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-2477 JCG

**JUDGMENT**

   IT IS ADJUDGED that the decision of the Commissioner of the Social
Security Administration is **REVERSED** and this matter **REMANDED**, pursuant to
sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent
with the Court's Memorandum Opinion and Order filed contemporaneously with the
filing of this Judgment.

Dated: March 12, 2012

_____
   Hon. Jay C. Gandhi
  United States Magistrate Judge