1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  George F. Paliotto

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 GEORGE F. PALIOTTO,              ) Case No.: CV 11-2477 JCG
                                    )
12         Plaintiff,                ) ORDER AWARDING EQUAL
                                    ) ACCESS TO JUSTICE ACT
13     vs.                           ) ATTORNEY FEES AND EXPENSES
                                    ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,               ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security, ) U.S.C. § 1920
15                                  )
           Defendant                 )
16 _____  )

17
       Based upon the parties' Stipulation for the Award and Payment of Equal
18
   Access to Justice Act Fees, Costs, and Expenses:
19
       IT IS ORDERED that fees and expenses in the amount of $3,700.00 as
20
   authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.
21
   DATE:   April 30, 2012
22
                                       _____
23                                     THE HONORABLE JAY C. GANDHI
                                       UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3  　　/s/ *Steven G. Rosales*
   _____
4  Steven G. Rosales
   Attorney for plaintiff George F. Paliotto

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26